

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00564-CR

Isidro **RAMOS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's Order on Motion for Post-Conviction DNA Testing is AFFIRMED.

SIGNED September 15, 2021.

_____
Luz Elena D. Chapa, Justice